NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TROY SMITH,                          )
                                     )
              Appellant,             )
                                     )
v.                                   )      Case No. 2D18-206
                                     )
STATE OF FLORIDA,                    )
                                     )
              Appellee.              )
_____      )


Opinion filed August 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Troy Smith, pro se.


PER CURIAM.


              Affirmed.


NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.